# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

___Miami___ Division

| | |
|---|---|
| Katty Monlouis | ) Case No. |
| | ) |
| | ) |
| ──────────────────────── | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ☑ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| Highgate Hotels, L.P. | ) |
| | ) |
| | ) |
| | ) |
| ──────────────────────── | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

FILED BY _Mco_ D.C.

JAN 2 3 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Katty Monlouis |
| Street Address | 671 NE 195th st apt 303 |
| City and County | Miami Dade |
| State and Zip Code | Florida 33179 |
| Telephone Number | 305 922 1462 |
| E-mail Address | katty.monlouis@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                             Highgate Hotels, L.P.

    Job or Title *(if known)*   Employer

    Street Address          601 Washington Avenue

    City and County       Miami Beach

    State and Zip Code    Florida 33139

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✔] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This action arises under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and federal anti-retaliation provisions enforced by the Equal Employment Opportunity Commission (EEOC).

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

    The defendant, *(name)* _____ , is incorporated under

    the laws of the State of *(name)* _____ , and has its

    principal place of business in the State of *(name)* _____ .

    Or is incorporated under the laws of *(foreign nation)* _____ ,

    and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(See attached pages for full statement of claim - Counts 1 and 2.)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully requests that the Court grant the following relief:a..Back pay and lost wages and benefits; b. Compensatory damages for emotional distress;c. Punitive damages as allowed by law; d. Reinstatement or, in t alternative, front pay; e.Costs of this action and any other relief the Court deems just and proper.

## Attachment A to Statement of Claim

Plaintiff: Katty Monlouis

Defendant: Highgate Hotels L.P.

### Pre-Termination: COUNT I

1.Plaintiff, Katty Monlouis, was employed by Defendant Highgate Hotels, L.P. as a waitress.

2. Plaintiff performed her job duties satisfactorily throughout her employment. From the start of her employment in 2021, Plaintiff was subjected to discriminatory treatment and unequal discipline compared to similarly situated employes who were not Black.

3. Plaintiff submitted multiple complaints to Human Resources about discriminatory treatment. Despite promises of investigation, discriminatory behavior continued.

4. Plaintiff took approved FMLA leave for medical reasons. Upon return, her hours were cut, she was forced to complete tasks against medical restrictions, and her work environment worsened.

5. Plaintiff made repeated complaints about unsafe working conditions and lack of proper accommodations, which were ignored.

6. these Actions created a hostile work environment and constitute discrimination and retaliation under Title VII, ADA, and Florida Civil Act.

**Attachment B to Statement of Claim**

**Post-Charge Retaliation: COUNT II**
TERMINATION

1.plaintiff had previously engaged in protected activity by filing a charge of discrimination and retaliation with the Equal Employment Commission (EEOC) No 510-2025-07392.

2. Plaintiff received a Right-to-Sue letter November 13th, 2025.

3. on November 14th,2025, the day after receiving the Right-to-Sue letter, Plaintiff was terminated by Defendant.

4.Defendant was aware of Plaintiff's EEOC charge and complaints at the time of termination.

5. Plaintiff believes the stated reasons for termination were pretextual and that Defendant terminated her in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights of 1964.

6. As a result of defendant's actions, Plaintiff suffered loss of employment, wages, benefits, and emotional distress.

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           01/13/2026

Signature of Plaintiff

Printed Name of Plaintiff      Katty Monlouis

### B.      For Attorneys

Date of signing:           01/13/2026

Signature of Attorney

Printed Name of Attorney     Katty Monlouis, Pro Se (No Attorney)

Bar Number

Name of Law Firm        Pro Se (No Attorney)

Street Address           671 NE 195th st apt 303

State and Zip Code       Florida 33179

Telephone Number        305 922 1462

E-mail Address           katty.monlouis@gmail.com





**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Miami District Office
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/13/2025

To: Katty Monlouis
671 NE 195 St Apt 303
Miami, FL 33179
Charge No: 510-2025-07392

EEOC Representative and email:  GEORGE RUGGIANO
INVESTIGATOR
GEORGE.RUGGIANO@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 510-2025-07392.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
11/13/2025
Evangeline Hawthorne
Director

Cc:
Amy K Recla
Jackson Lewis P.C.
100 South Ashley Drive 100 South Ashley Drive
Tampa, FL 33609

JODY QUINTANA
Highgate Hotels Lp
398 Ne 5th Street
Miami, FL 33132

David Awoleke
Jackson Lewis P.C.
100 South Ashley Drive Suite 2200
Tampa, FL 33602

